## 17985. WALKER v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and none of the grounds of the motion for a new trial show cause for a reversal of the judgment below overruling the motion for a new trial.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 12, 1927.

Robbery; from Fulton superior court—Judge Moore. January 29, 1927.

*T. J. Ripley, W. M. Bailey,* for plaintiff in error.

*John A. Boykin, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.
Robbery, 34 Cyc. p. 1808, n. 78.